

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

WESTERN DIVISION

-FILED-

DEC 0 2 2021

At _____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

|  |  |
|---|---|
| Xavier Solis ) | |
| Petitioner ) | Case Number: 19-CR-110 |
| v. ) | |
| UNITED STATES OF AMERICA ) | Judge Phillip Simon |
| Respondent ) | |

---

MOTION TO OBTAIN AND POSSESS DOCUMENTS PERTAINING

TO FEDERAL CRIMINAL CASE NUMBER 19-CR-110

---

Comes Now, Xavier Solis, pro se Petitioner, respectfully requesting his legal documents to assist in challenging his conviction and sentence. In addition, to seek relief under the First Step Act and Compassionate Release.

Petitioner is aware that he is not allowed to possess his Presentence Investigation Report (PSR). However, U.S.P. - Lee is preventing inmates from obtaining and possessing their legal papers, (e.g. docket sheets, plea agreements). Petitioner's Sentencing Transcripts were sent in by mail and confiscated by prison officials. He is unable to file a meritorious motion without the documents below. This violates his Constitutional rights to have access to the courts. Petitioner is in need of the following documents:

1) Docket Sheet

2) Plea Agreement

3) Sentencing Transcripts

Wherefore, Petitioner who is indigent, prays this Honorable Court would please direct someone to provide these documents in a timely manner. Moreover, to order U.S.P. - Lee to allow Petitioner to obtain and possess, with the exception of the PSR, his legal papers. These would include the documents listed above, which are necessary in order to file a meritorious motion to challenge his conviction and sentence, and to seek relief under the First Step Act and Compassionate Release.

Respectfully Submitted,

Dated: 11-22-2021    /s/ Xavier Solis

Xavier Solis
Reg.# 18045-027
U.S.P. - Lee County
P.O. Box 305
Jonesville, VA. 24263-0305

COVER LETTER

November 22, 2021

RE: Federal Criminal Case Number: 19-CR-110

Dear Clerk,

My name is Xavier Solis, Reg.# 18045-027. I have enclosed the following document, (Motion to Obtain and Possess Documents Pertaining to Federal Criminal Case Number 19-CR-110). I would like for you to do the following with the motion:

1) Provide (1) copy to Judge Phillip Simon.
2) Place (1) copy in the records for my case. And,
3) Please return (1) stamped received copy back to me at the address below.

Xavier Solis
Reg.# 18045-027
U.S.P. - Lee County
P.O. Box 305
Jonesville, VA. 24263-0305

Sincerely, /s/ Xavier Solis